# OFFICE OF THE CIRCUIT MEDIATOR
UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**DONNA S. HART**
SENIOR RESIDENT CIRCUIT MEDIATOR
DURHAM, NORTH CAROLINA

**THOMAS F. BALL III**
CHIEF CIRCUIT MEDIATOR
17 BRASSIE TERRACE
PALMYRA, VA 22963
(434) 589-1480
FAX (434) 589-1381
Tom_Ball@ca4.uscourts.gov

**FRANK C. LANEY**
CIRCUIT MEDIATOR
CARY, NORTH CAROLINA

**EDWARD G. SMITH**
CIRCUIT MEDIATOR
SPARTANBURG, SOUTH CAROLINA

April 18, 2013

Re: 13-6290, Justin Mallory, Sr. v. Travis Holdorf

## NOTICE OF RESCHEDULED MEDIATION

Dear Counsel:

This letter will confirm that the mediation conference has been rescheduled for **May 13, 2013, at 9:00 a.m.** EASTERN time. The opening briefing deadline will be extended to June 13, 2013.

Thank you for your assistance in this matter.

Sincerely,

Thomas F. Ball III
Chief Circuit Mediator

Copies:  James Edward Bell III
Jerry Finney
Robert David Garfield
Andrew Lindemann