UNITED STATE COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6290
(3:11-cv-03295-MBS)
_____

JUSTIN WRIGHT MALLORY, SR.

    Plaintiff – Appellant

v.

TRAVIS HOLDORF; STAN SMITH; RANDY STRANGE

    Defendants - Appellees

_____

MOTION FOR EXTENTION OF TIME TO FILE BRIEF
_____

The above named Appellant above named respectfully moves this Court for additional time to file the Appendix and Opening Brief. Appellant has good cause to request this extension.

First, the parties have been involved in Court Ordered Mediation and just received notice that the negotiations and mediation were discontinued by the mediator. Mediation was filed as an Impasse as of May 28, 2013 (Doc: 00414462070).

Secondly, the attorney who is responsible for the research and writing of the brief had only begun the preliminary work up and stopped all work due to ongoing Mediation. We've just been informed he has a serious health problem and he has requested additional time as well. Appellants' counsel is able to provide written documentation from his doctor should the Court require it.

Therefore, based on good cause, the Appellant would respectfully request a 30-day extension to file our Appendix and Opening Brief.

Counsel for the Appellee to this Appeal have been informed of the intended filing of this motion and consent to the granting of the motion pursuant to Local Rule 27(a).

Respectfully submitted,

                                                  *s/ J. Edward Bell, III*

                                                  J. Edward Bell, III
                                                  BELL LEGAL GROUP
                                                  232 King Street
                                                  Georgetown, SC  29440
                                                  (843) 546-2408

Georgetown, South Carolina
June 4, 2013